# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1061
L.T. Case No. 2023-300171-CFDB
2024-100602-CFDB

_____

ROBERT SEAN MILLIORD,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

3.801 Appeal from the Circuit Court for Volusia County.
Elizabeth Ann Blackburn, Judge.

Robert Sean Milliord, Okeechobee, pro se.

No Appearance for Appellee.

September 30, 2025

PER CURIAM.

   AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____